IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Appeal No. 16-10533-AA

UNITED STATES OF AMERICA
Plaintiff/Appellee

v.

KHALID SHALHOUB
Defendant/Appellant

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND LEAVE TO CONSOLIDATE PETITION FOR WRIT OF MANDAMUS WITH INITIAL BRIEF**

**AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

In compliance with FED. R. APP. P. 26.1 and 11th Cir. R. 26.11, the undersigned hereby certifies that the following listed persons and entities have an interest in the outcome of this particular case:

1. Acosta, R. Alexander;

2. Al-Thebity, Khalid A.;

3. Bergeron, Pierre, counsel for appellant;

4. Brown, Hon. Stephen T.;

5. Chase, Alexandra;

6. Choe, Olivia S.;

7. Ferrer, Wilfredo A.;

8. Gyires, Marton;

9. Hernandez, Miriam;

10. Jimenez, Marcos Daniel;

11. Johnson, Maurice;

12. Kubicz, P. Jan;

13. Lewis, Guy A.;

14. McNamara, Anne P.;

15. Middlebrooks, Hon. Donald J.;

16. Khalid Al-Thebity Law Firm
    *In Affiliation With Squire Patton Boggs*;

17. Poston, Rebekah J.;

18. Rosenthal, Samuel;

19. Sachs, Lesley;

20. Scott, Hon. Thomas E.;

21. Shalhoub, Khalid;

22. Sloman, Jeffrey H.;

23. Squire Patton Boggs (US) LLP;

24. Smachetti, Emily M.;

25. Swain, James H.;

26. Vohrer, Brian;

27. Watson, Brooke C.;

28. Wherry, Karin D.;

29. Zeno, Thomas.

# REQUEST FOR 30-DAY EXTENSION OF TIME

The Appellant, KHALID SHALHOUB, by and through undersigned counsel, pursuant to FED. R. APP. P. 26(b) and 11th Cir. R. 31-2, hereby moves this Honorable Court to grant an extension of time of 30 days to file the Appellant's initial brief and appendix, and, as grounds therefor, states as follows:

1.  The Appellant's initial brief is currently due on or before March 21, 2016.

2.  On March 8, 2016, this Court ordered the parties to brief the issue whether this Court has jurisdiction over the present appeal within fourteen days. Appellant will respond within this period of time.

3.  Regarding the initial brief, given the complex legal issues involved in the appeal, counsel for Appellant respectfully requests a 30-day extension of time, to and including April 21, 2016, within which to file the appellant's initial brief and appellant's appendix in this case.

4.  This constitutes Appellant's first request for an extension of time. It has been filed more than seven days in advance of the due date for filing Appellant's opening brief, and is therefore compliant with 11th Cir. R. 31-2(c).

5.  This request is not being made to interpose unnecessary delay or to cause prejudice to any party herein.

6.     The United States does not oppose Appellant's request for extension of time to file initial brief.

**WHEREFORE,** Appellant respectfully requests that this Honorable Court grant this Motion for Extension of Time to File Appellant's Initial Brief and Appendix.

## REQUEST FOR LEAVE TO CONSOLIDATE PETITION FOR WRIT OF MANDAMUS WITH INITIAL BRIEF

The Appellant further requests permission to file a single, combined brief consolidating Appellant's initial argument on the merits with Appellant's intended petition for writ of mandamus.  In support, Appellant states:

7.     The instant appeal arises from the District Court's denial of Appellant's Motion for Counsel to Specially Appear to Seek Dismissal of the Indictment, wherein the District Court applied the fugitive disentitlement doctrine.

8.     Given the posture of this case, Appellant intends to file a petition for writ of mandamus with this Court as an alternative basis for this Court's review.  *See United States v. Hastings*, 681 F.2d 706 (11th Cir. 1982) (entertaining consolidated appeal and application for writ of mandamus).  *See also In re Hijazi*, 589 F.3d 401 (7th Cir. 2009) (issuing writ of mandamus and ordering district court to rule on foreign national's motion to dismiss).

9.     Rather than filing a separate initial brief and a second, distinct, petition for writ of mandamus raising substantially related issues, then moving to consolidate the petition with the appeal, Appellant respectfully submits that judicial economy would best be served by permitting Appellant to file a single, combined brief consolidating Appellant's initial argument on the merits with Appellant's intended petition for writ of mandamus.

10.    Subject to and without negating its forthcoming response to this Court's jurisdictional question, the government does not oppose this motion to permit Appellant to file a single, combined brief consolidating Appellant's initial argument with Appellant's intended petition for writ of mandamus.  The government reserves the right to challenge the merits of Appellant's arguments, including both his procedural and substantive right to any relief from this Court.

**WHEREFORE,** Appellant respectfully requests that this Honorable Court grant him leave to consolidate his intended petition for writ of mandamus with the initial brief.

Respectfully submitted this 10th Day of March, 2016,

/s/ Samuel Rosenthal
Samuel Rosenthal (DC Bar #329516)
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza, 23d Floor
New York, NY  10112
(212) 872-9800 Tel.
(212) 872 9815 Fax
E-Mail:  Samuel.rosenthal@squirepb.com

*Counsel for Appellant Khalid Shalhoub*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was uploaded and filed on the CM/ECF system, which will send a notice to all counsel of record, on this 10th day of March, 2016.

/s/ Samuel Rosenthal_____
Samuel Rosenthal (DC Bar #329516)
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza, 23d Floor
New York, NY  10112
(212) 872-9800 Tel.
(212) 872 9815 Fax
E-Mail:  Samuel.rosenthal@squirepb.com

Counsel for Appellant Khalid Shalhoub